# EXHIBIT B

 

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

**Case ID:** 221102195
**Case Caption:** NORCROSS ETAL VS REPUBLIC FIRST BANCORP, INC. ETAL
**Filing Date:** Tuesday, November 22nd, 2022
**Court:** COMMERCE - STANDARD, NON JURY
**Location:** CITY HALL
**Jury:** NON JURY
**Case Type:** STOCKHOLDERS' SUITS
**Status:** RULE FOR INJUNCTION HRG SCHED

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| INJUNCTION HEARING SCHEDULED | 16-DEC-2022 10:00 AM | CITY HALL | COURTROOM 646 | DJERASSI, RAMY I |

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| PRELIMINARY INJUNCTION | 06-DEC-2022 | 22121214 | 06-DEC-2022 | DJERASSI, RAMY I |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SUMMERS, SHAWN F |
| **Address:** 1735 MARKET STREET 51ST FLOOR PHILADELPHIA PA 19103 (215)864-8347 summerss@ballardspahr.com | | **Aliases:** *none* | | |
| 2 | 1 | | PLAINTIFF | NORCROSS III, GEORGE E |

| | | | | |
|---|---|---|---|---|
| **Address:** | 350 ROYAL PALM WAY SUITE 500 PALM BEACH FL 33480 | **Aliases:** | none | |
| 3 | | 14 | DEFENDANT | DUSTER IV, BENJAMIN C |
| **Address:** | 50 SOUTH 16TH STREET SUITE 2400 PHILADELPHIA PA 19102 | **Aliases:** | none | |
| 4 | | 1 | PLAINTIFF | BRACA, GREGORY B |
| **Address:** | 350 ROYAL PALM WAY SUITE 500 PALM BEACH FL 33480 | **Aliases:** | none | |
| 5 | | 1 | PLAINTIFF | NORCROSS, PHILIP A |
| **Address:** | 2 COOPER STREET CAMDEN NJ 08102 | **Aliases:** | none | |
| 6 | | 14 | DEFENDANT | REPUBLIC FIRST BANCORP INC |
| **Address:** | 50 SOUTH 16TH STREET SUITE 2400 PHILADELPHIA PA 19102 | **Aliases:** | none | |
| 7 | | 14 | DEFENDANT | MADONNA, HARRY |
| **Address:** | 50 SOUTH 16TH STREET SUITE 2400 PHILADELPHIA PA 19102 | **Aliases:** | none | |
| 8 | | 14 | DEFENDANT | COHEN, ANDREW B |
| **Address:** | 50 SOUTH 16TH STREET SUITE 2400 PHILADELPHIA PA 19102 | **Aliases:** | none | |
| 9 | | 14 | DEFENDANT | JACOBS, LISA |
| **Address:** | 50 SOUTH 16TH STREET SUITE 2400 | **Aliases:** | none | |

|    |    |    |    |    |
|----|----|----|----|----|
|    | PHILADELPHIA PA 19102 |    |    |    |
| 10 | 14 |    | DEFENDANT | WILDSTEIN, HARRIS |
| **Address:** | 50 SOUTH 16TH STREET<br>SUITE 2400<br>PHILADELPHIA PA 19102 | **Aliases:** | *none* |    |
| 11 | 14 |    | DEFENDANT | BARTHOLOW, PETER B |
| **Address:** | 50 SOUTH 16TH STREET<br>SUITE 2400<br>PHILADELPHIA PA 19102 | **Aliases:** | *none* |    |
| 12 |    | 06-DEC-2022 | TEAM LEADER | PATRICK, PAULA |
| **Address:** | CITY HALL<br>ROOM 481<br>PHILADELPHIA PA 19107<br>(215)686-8338 | **Aliases:** | *none* |    |
| 13 |    |    | TEAM LEADER | DJERASSI, RAMY I |
| **Address:** | ROOM 591 CITY HALL<br>PHILADELPHIA PA 19107<br>(215)686-7338 | **Aliases:** | *none* |    |
| 14 |    |    | ATTORNEY FOR DEFENDANT | TROUM, NEAL R |
| **Address:** | SPECTOR GADON & ROSEN, PC<br>1635 MARKET STREET<br>7TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)241-8870<br>ntroum@lawsgr.com | **Aliases:** | *none* |    |
| 15 | 14 |    | ATTORNEY FOR DEFENDANT | VINCI JR JR., GEORGE M |
| **Address:** | SEVEN PENN CENTER<br>1635 MARKET STREET, 7TH FLOOR<br>PHILADELPHIA PA 19103 | **Aliases:** | *none* |    |

| | | | | |
|---|---|---|---|---|
| | (215)241-8840<br>gvinci@lawsgr.com | | | |
| 16 | | 15 | ATTORNEY PRO HAC VICE | CHARLSON ESQ, MICHAEL L |
| Address: | 6150 BROADWAY TERRACE<br>OAKLAND CA 94618 | Aliases: | none | |
| 17 | | 15 | ATTORNEY PRO HAC VICE | ANTONELLI ESQ, MARISA F |
| Address: | 6 WENDOVER ROAD<br>MONTCLAIR NJ 07042 | Aliases: | none | |
| 18 | | 15 | ATTORNEY PRO HAC VICE | NATENSON ESQ, MEGHAN L |
| Address: | VINSON & ELKINS LLP<br>555 MISSION STREET<br>SUITE 2000<br>SAN FRANCISCO CA 94105 | Aliases: | none | |
| 19 | | 1 | ATTORNEY FOR PLAINTIFF | GOLDBERGER, NORMAN |
| Address: | BALLARD SPAHR LLP<br>1735 MARKET STREET<br>51ST FLOOR<br>PHILADELPHIA PA 19103<br>(215)864-8850<br>GoldbergerM@ballardspahr.com | Aliases: | none | |
| 20 | | 1 | ATTORNEY FOR PLAINTIFF | KING JR, ADRIAN R |
| Address: | BALLARD SPAHR LLP<br>1735 MAARKET STREET<br>51ST FLOOR<br>PHILADELPHIA PA 19103<br>(215)864-8622<br>kinga@ballardspahr.com | Aliases: | none | |
| 21 | | 1 | ATTORNEY FOR PLAINTIFF | KRABILL, LAURA E |
| Address: | BALLARD SPAHR ANDREWS & INGERS<br>1735 MARKET STREET | Aliases: | none | |

| | 51ST FLOOR<br>PHILADELPHIA PA 19103<br>(215)864-8848<br>KrabillL@ballardspahr.com | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 22-NOV-2022 02:39 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2211045880 | | |
| | | | |
| 22-NOV-2022 02:39 PM | COMMENCEMENT OF CIVIL ACTION | SUMMERS, SHAWN F | |
| **Documents:** | ⚘ Click link(s) to preview/purchase the documents<br>Final Cover | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | none. | | |
| | | | |
| 22-NOV-2022 02:39 PM | COMPLAINT FILED NOTICE GIVEN | SUMMERS, SHAWN F | |
| **Documents:** | ⚘ Click link(s) to preview/purchase the documents<br>2022.11.22 Voting Rights Complaint DMFIRM_405730299(1).PDF<br>Notice to Defend.pdf<br>Verification.pdf<br>Exhibit 1.pdf<br>Exhibit 2.pdf<br>Exhibit 3.pdf<br>Exhibit 4.pdf<br>Exhibit 5.pdf<br>Exhibit 6.pdf<br>Exhibit 7.pdf<br>Exhibit 8.pdf<br>Exhibit 9.pdf<br>Exhibit 10.pdf<br>Exhibit 11.pdf<br>Exhibit 12.pdf<br>Exhibit 13.pdf<br>Exhibit 14.pdf<br>Exhibit 15.pdf<br>Exhibit 16.pdf<br>Exhibit 17.pdf<br>Exhibit 18.pdf<br>Exhibit 19.pdf<br>Exhibit 20.pdf<br>Exhibit 21.pdf<br>Exhibit 22.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |

| | |
|---|---|
| | Exhibit 23.pdf <br> Exhibit 24.pdf <br> Exhibit 25.pdf <br> Exhibit 26.pdf <br> Exhibit 27.pdf <br> Exhibit 28.pdf <br> Commerce Addendum |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. |

| | | | |
|---|---|---|---|
| 22-NOV-2022 02:39 PM | WAITING TO LIST CASE MGMT CONF | SUMMERS, SHAWN F | |
| **Docket Entry:** | *none.* | | |

| | | | |
|---|---|---|---|
| 05-DEC-2022 06:03 PM | PRELIMINARY INJUNCTION | SUMMERS, SHAWN F | |
| **Documents:** | ✄ Click link(s) to preview/purchase the documents <br> Exhibit D.pdf <br> Exhibit C.pdf <br> Exhibit B.pdf <br> Exhibit A.pdf <br> Norcross Declaration.pdf <br> Memorandum in Law in Support of Motion for Preliminary Injunction.pdf <br> Proposed Order Granting Preliminary Injunction.pdf <br> Proposed Scheduling Order.pdf <br> Motion for Preliminary Injunction.pdf <br> Motion CoverSheet Form | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 14-22121214 PRELIMINARY INJUNCTION (FILED ON BEHALF OF PHILIP A NORCROSS, GREGORY B BRACA AND GEORGE E NORCROSS) | | |

| | | | |
|---|---|---|---|
| 06-DEC-2022 11:22 AM | MOTION ASSIGNED | | |
| **Docket Entry:** | 14-22121214 PRELIMINARY INJUNCTION ASSIGNED TO JUDGE: PATRICK, PAULA . ON DATE: DECEMBER 06, 2022 | | |

| | | | |
|---|---|---|---|
| 06-DEC-2022 01:36 PM | MOTION ASSIGNMENT UPDATED | | |
| **Docket Entry:** | 14-22121214 REASSIGNED TO JUDGE DJERASSI, RAMY I ON 06-DEC-22 | | |

| | | | |
|---|---|---|---|
| 08-DEC-2022 09:34 AM | ENTRY OF APPEARANCE | TROUM, NEAL R | |

| | | | |
|---|---|---|---|
| **Documents:** | ✂ Click link(s) to preview/purchase the documents<br>Republic - Norcross - Entry of Appearance.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF NEAL R TROUM FILED. (FILED ON BEHALF OF PETER B BARTHOLOW, HARRIS WILDSTEIN, LISA JACOBS, ANDREW B COHEN, HARRY MADONNA, REPUBLIC FIRST BANCORP INC AND BENJAMIN C DUSTER) | | |
| 08-DEC-2022<br>10:54 AM | MOT-FOR ADMISSION PRO HAC VICE | VINCI JR JR., GEORGE M | |
| **Documents:** | ✂ Click link(s) to preview/purchase the documents<br>Motion for Pro Hac Vice - Michael Charlson.pdf<br>Motion CoverSheet Form | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 26-22121726 RESPONSE DATE 12/28/2022. (FILED ON BEHALF OF PETER B BARTHOLOW, HARRIS WILDSTEIN, LISA JACOBS, ANDREW B COHEN, HARRY MADONNA, REPUBLIC FIRST BANCORP INC AND BENJAMIN C DUSTER) | | |
| 08-DEC-2022<br>11:28 AM | MOT-FOR ADMISSION PRO HAC VICE | VINCI JR JR., GEORGE M | |
| **Documents:** | ✂ Click link(s) to preview/purchase the documents<br>Motion for Pro Hac Vice - Marisa Antonelli.pdf<br>Motion CoverSheet Form | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 30-22121730 RESPONSE DATE 12/28/2022. (FILED ON BEHALF OF PETER B BARTHOLOW, HARRIS WILDSTEIN, LISA JACOBS, ANDREW B COHEN, HARRY MADONNA, REPUBLIC FIRST BANCORP INC AND BENJAMIN C DUSTER) | | |
| 08-DEC-2022<br>11:33 AM | MOT-FOR ADMISSION PRO HAC VICE | VINCI JR JR., GEORGE M | |
| **Documents:** | ✂ Click link(s) to preview/purchase the documents<br>Motion for Pro Hac Vice - Meghan Natenson.pdf<br>Motion CoverSheet Form | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 33-22121733 RESPONSE DATE 12/28/2022. (FILED ON BEHALF OF PETER B BARTHOLOW, HARRIS WILDSTEIN, LISA JACOBS, ANDREW B COHEN, HARRY MADONNA, REPUBLIC FIRST BANCORP INC AND BENJAMIN C DUSTER) | | |
| 08-DEC-2022<br>03:05 PM | ORDER ENTERED/236 NOTICE GIVEN | DJERASSI, RAMY I | |
| **Documents:** | ✂ Click link(s) to preview/purchase the documents<br>ORDER_12.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 14-22121214 AND NOW, THIS 8TH DAY OF DECEMBER, 2022, UPON CONSIDERATION OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND ALL OTHER MATTERS OF RECORD, IT IS ORDERED AS FOLLOWS: 1. DEFENDANTS SHALL FILE THEIR RESPONSE(S) TO THE | | |

| | | | |
|---|---|---|---|
| | MOTION ON OR BEFORE DECEMBER 14, 2022; AND 2. ALL PARTIES AND THEIR COUNSEL SHALL APPEAR FOR A HEARING ON THE MOTION ON DECEMBER 16, 2022, AT 10:00 AM IN COURTROOM 646, CITY HALL. BY THE COURT: JUDGE DJERASSI, S.J., 12/8/2022. | | |
| 08-DEC-2022 03:05 PM | NOTICE GIVEN UNDER RULE 236 | | |
| Docket Entry: | NOTICE GIVEN ON 08-DEC-2022 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 08-DEC-2022. | | |
| 08-DEC-2022 03:09 PM | RULE FOR INJUNCTION HRG SCHED | | |
| Docket Entry: | 14-22121214 INJUNCTION HEARING SCHEDULED FOR 12/16/2022 AT 10:00 A.M. IN COURTROOM 646, CITY HALL. | | |
| 08-DEC-2022 03:43 PM | MOTION ASSIGNED | | |
| Docket Entry: | 26-22121726 MOT-FOR ADMISSION PRO HAC VICE ASSIGNED TO JUDGE: DJERASSI, RAMY I. ON DATE: DECEMBER 08, 2022 | | |
| 08-DEC-2022 03:43 PM | MOTION ASSIGNED | | |
| Docket Entry: | 33-22121733 MOT-FOR ADMISSION PRO HAC VICE ASSIGNED TO JUDGE: DJERASSI, RAMY I. ON DATE: DECEMBER 08, 2022 | | |
| 08-DEC-2022 03:43 PM | MOTION ASSIGNED | | |
| Docket Entry: | 30-22121730 MOT-FOR ADMISSION PRO HAC VICE ASSIGNED TO JUDGE: DJERASSI, RAMY I. ON DATE: DECEMBER 08, 2022 | | |
| 09-DEC-2022 12:12 PM | ORDER ENTERED/236 NOTICE GIVEN | DJERASSI, RAMY I | |
| Documents: | Click link(s) to preview/purchase the documents ORDER_18.pdf | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | 26-22121726 , 30-22121730 & 33-22121733 AND NOW, THIS 8TH DAY OF DECEMBER 2022, UPON CONSIDERATION OF GEORGE M. VINCI, JR., ESQUIRE'S MOTION FOR PRO HAC VICE ADMISSION OF MARISA F. ANTONELLI, ESQUIRE, MICHAEL L. CHARLSON, ESQUIRE, AND MEGHAN L. NATENSON, ESQUIRE, IT IS ORDERED THAT THE MOTIONS ARE GRANTED AND MARISA F. ANTONELLI, ESQUIRE, MICHAEL L. CHARLSON, ESQUIRE, AND MEGHAN L. NATENSON, ESQUIRE ARE ADMITTED PRO HAC VICE IN THE | | |

| | | | |
|---|---|---|---|
| | MATTER (COLLECTIVELY, "PRO HAC VICE" COUNSEL."). (SEE ORDER) BY THE COURT: JUDGE DJERASSI, 12/8/2022. | | |
| 09-DEC-2022 12:12 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 09-DEC-2022 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 09-DEC-2022. | | |
| 09-DEC-2022 12:13 PM | OTHER EVENT CANCELLED | DJERASSI, RAMY I | |
| **Docket Entry:** | 30-22121730 | | |
| 09-DEC-2022 12:14 PM | OTHER EVENT CANCELLED | DJERASSI, RAMY I | |
| **Docket Entry:** | 33-22121733 | | |
| 09-DEC-2022 01:46 PM | ENTRY OF APPEARANCE | SUMMERS, SHAWN F | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Krabill Entry of Appearance DMFIRM_405958878(1).PDF<br>King Entry of Appearance DMFIRM_405958884(1) (1).PDF<br>Goldberger Entry of Appearance DMFIRM_405958886(1).PDF | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF LAURA E KRABILL, ADRIAN R KING JR, AND NORMAN GOLDBERGER FILED. (FILED ON BEHALF OF PHILIP A NORCROSS, GREGORY B BRACA AND GEORGE E NORCROSS) | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

[ Search Home ]