# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV,<br><br>Defendants. | **CIVIL ACTION<br>NO. 22-cv-04953 (BMS)** |

## PLAINTIFFS' MOTION FOR EXPEDITED REMAND

Pursuant to 28 U.S.C. § 1447(c), Plaintiffs George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross ("Plaintiffs") respectfully move this Court for an order remanding this case to the Philadelphia Court of Common Pleas and imposing sanctions on Defendants, as set forth in the attached Proposed Order. The bases for this motion are set forth in Plaintiffs' accompanying memorandum of law, Declaration of Laura E. Krabill, Esq., and attached exhibits, which are incorporated herein by reference.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached Proposed Order remanding the case, impose sanctions on Defendants, and grant such other and further relief as the Court deems just and proper.

Dated: December 19, 2022         Respectfully submitted,

                                              */s/ Laura E. Krabill*
                                              **BALLARD SPAHR LLP**
                                              M. Norman Goldberger
                                              Adrian R. King, Jr.
                                              Laura E. Krabill
                                              Shawn F. Summers
                                              1735 Market Street, 51st Floor
                                              Philadelphia, PA 19103
                                              Direct: (215) 864.8622
                                              kinga@ballardspahr.com
                                              goldbergern@ballardspahr.com
                                              krabilll@ballardspahr.com

                                              *Attorneys for Plaintiffs George E.*
                                              *Norcross, III, Gregory B. Braca, and*
OF COUNSEL:                                *Philip A. Norcross*

Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
212.558.4000
frawleyb@sullcrom.com