# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV,<br><br>Defendants. | **CIVIL ACTION**<br>**NO. 22-cv-04953 (BMS)** |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 20___, upon consideration of the Motion for Expedited Remand of Plaintiffs George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross ("Plaintiffs"), and any opposition and/or reply filed in connection therewith, this Court finds that the above-captioned action does not arise under federal law and therefore removal of this action by Defendants Republic First Bancorp, Inc. (the "Company"), Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV (collectively, "Defendants") was improper.

This Court further finds that Defendants' removal of this action was objectively unreasonable, filed in bad faith, and done for the purpose of securing an

improper advantage over Plaintiffs in a contested election of Company directors by delaying adjudication of Plaintiffs' injunction motion.

Accordingly, Plaintiffs' Motion is **GRANTED**.  It is hereby **ORDERED** that the above-captioned action is **REMANDED** to the Philadelphia Court of Common Pleas.

As a sanction for Defendants' conduct, **IT IS FURTHER ORDERED** that Defendants shall pay the reasonable attorneys' fees and costs Plaintiffs have incurred in connection with proceedings in this Court, including their Motion for Expedited Remand, Motion for Preliminary Injunction, and associated filings and any additional proceedings.  Plaintiffs shall submit to this Court a fee petition showing the fees and costs they have incurred in connection with proceedings in this Court no later than _____, 20___.

As an additional sanction for Defendants' conduct, **IT IS FURTHER ORDERED** that Defendants are hereby enjoined from convening the Company's annual meeting of shareholders, currently scheduled for January 26, 2023, until at least sixty (60) days after the Philadelphia Court of Common Pleas decides Plaintiffs' preliminary injunction motion filed in that court, or until further order of this Court.

BY THE COURT:

_____
Berle M. Schiller, J.