# EXHIBIT E

| | |
|---|---|
| **From:** | Krabill, Laura E. (Phila) |
| **Sent:** | Monday, December 5, 2022 6:47 PM |
| **To:** | Charlson, Michael; Antonelli, Marisa |
| **Cc:** | Goldberger, M. Norman (Phila); King, Jr., Adrian R. (Phila); Summers, Shawn (Phila) |
| **Subject:** | Norcross / Republic First PI motion |
| **Attachments:** | Proposed Scheduling Order.pdf; Proposed Order Granting Preliminary Injunction.pdf; Norcross Declaration.pdf; Motion for Preliminary Injunction.pdf; Memorandum in Law in Support of Motion for Preliminary Injunction.pdf; Exhibit D.pdf; Exhibit C.pdf; Exhibit B.pdf; Exhibit A.pdf |

Hi, Michael and Marisa.  Michael, I tried calling you, but I understand you are tied up for another hour or so.  I was hoping to speak first, but we didn't want to delay sending the preliminary injunction motion papers that we filed today in the Norcross action.  They are attached.  Per your discussion with Norm, we waited to file until after Thanksgiving and then our respective clients were discussing a potential global resolution, but unfortunately they have not come to an agreement.  I believe Norm asked whether you would accept service of the Complaint in this action on behalf of all defendants but we have not heard back on that yet.  Can you let us know on that by tomorrow morning so we can proceed with service of the complaint and these papers if not?  Thanks and have a nice night.

Laura


**Laura E. Krabill**
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct 215.864.8848
Fax 215.864.9756
krabilll@ballardspahr.com
www.ballardspahr.com