# EXHIBIT G

| | |
|---|---|
| **From:** | George M. Vinci Jr. <gvinci@sgrvlaw.com> |
| **Sent:** | Thursday, December 8, 2022 3:06 PM |
| **To:** | Krabill, Laura E. (Phila) |
| **Cc:** | Antonelli, Marisa; Neal R. Troum; Charlson, Michael; Goldberger, M. Norman (Phila); King, Jr., Adrian R. (Phila); Summers, Shawn (Phila) |
| **Subject:** | RE: |

⚠ **EXTERNAL**

As we discussed please advise the court that we just received your letter and, as agreed, will respond to your letter tomorrow. As I advised, Michael is at a funeral.



**George M. Vinci Jr., Shareholder & Director**
**Spector Gadon Rosen Vinci P.C.**
T +1 215-241-8840
F +1 215-531-9128
E gvinci@sgrvlaw.com

**www.sgrvlaw.com**    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Sent:** Thursday, December 8, 2022 1:49 PM
**To:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Cc:** Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Charlson, Michael <mcharlson@velaw.com>; Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; King, Jr., Adrian R. <KingA@ballardspahr.com>; Summers, Shawn <SummersS@ballardspahr.com>
**Subject:** RE:

{EXTERNAL EMAIL} This message originated outside of your organization.
George, Michael and Marisa:

Per our discussion with the judge's chambers yesterday, attached is a draft letter to the Court regarding scheduling of the PI response and hearing. Please insert your portion and return to us. We will plan to have this hand delivered today before the close of business. Thank you.

Laura