# EXHIBIT I

RECEIVED
DEC - 8 2022
ROOM 521

# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### TRIAL DIVISION - CIVIL

| | | |
|---|---|---|
| GEORGE E. NORCROSS, III, et al. | : | NOVEMBER TERM, 2022 |
| Plaintiffs, | : | NO. 02195 |
| v. | : | COMMERCE PROGRAM |
| REPUBLIC FIRST BANCORP, INC., et al., | : | Control No. 22121214 |
| Defendants. | : | |

DOCKETED
DEC - 8 2022
R. POSTELL
COMMERCE PROGRAM

## ORDER

**AND NOW**, this 8th day of December, 2022, upon consideration of plaintiffs' emergency Motion for Preliminary Injunction and all other matters of record, it is **ORDERED** as follows:

1. Defendants shall file their response(s) to the Motion on or before December 14, 2022; and

2. All parties and their counsel shall appear for a hearing on the Motion on December 16, 2022, at 10:00 am in Courtroom 646, City Hall.

BY THE COURT

_____
RAMY I. DJERASSI, J.

ORDER-Norcross Etal Vs Republic First Bancorp, Inc. Etal

22110219500012

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) M. RUSSO 12/08/2022