# EXHIBIT K

| | |
|---|---|
| **From:** | Packer, Susan <Susan.Packer@courts.phila.gov> |
| **Sent:** | Friday, December 9, 2022 3:54 PM |
| **To:** | George M. Vinci Jr.; Krabill, Laura E. (Phila); Jennifer L. Gordon |
| **Cc:** | Goldberger, M. Norman (Phila); Summers, Shawn (Phila); Charlson, Michael; Antonelli, Marisa; Neal R. Troum; Alan Epstein |
| **Subject:** | RE: Norcross, et al. v. Republic First Bancorp., et al. |

⚠ **EXTERNAL**

Dear Counsel,

If the annual shareholders' meeting is postponed for at least 30 days, the court is willing to re-schedule the hearing to sometime in mid-January, most likely the 18th.

If the annual shareholders' meeting is not postponed, then the hearing goes forward on the 16th of December.

PHV counsel may appear for the defendants.

*Susan Packer*
Director - Commerce Court
City Hall, Room 521
Philadelphia, PA 19107
215-686-4916

---

**From:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Sent:** Friday, December 9, 2022 3:15 PM
**To:** Krabill, Laura E. <KrabillL@ballardspahr.com>; Jennifer L. Gordon <jgordon@sgrvlaw.com>; Packer, Susan <Susan.Packer@courts.phila.gov>
**Cc:** Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; Summers, Shawn <SummersS@ballardspahr.com>; Charlson, Michael <mcharlson@velaw.com>; Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

> **CAUTION:** This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

Good Afternoon Ms. Packer,

Is there anything else the Judge needs from the parties at this time?

1



**George M. Vinci Jr., Shareholder & Director**
## Spector Gadon Rosen Vinci P.C.
T +1 215-241-8840
F +1 215-531-9128
E gvinci@sgrvlaw.com

**www.sgrvlaw.com**   1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Sent:** Friday, December 9, 2022 10:11 AM
**To:** Jennifer L. Gordon <jgordon@sgrvlaw.com>; susan.packer@courts.phila.gov
**Cc:** Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; Summers, Shawn <SummersS@ballardspahr.com>; Charlson, Michael <mcharlson@velaw.com>; Antonelli, Marisa <mantonelli@velaw.com>; George M. Vinci Jr. <gvinci@sgrvlaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

{EXTERNAL EMAIL} This message originated outside of your organization.
Dear Ms. Packer,

Attached is the letter that Plaintiffs delivered to Judge Djerassi as well.  We appreciate your assistance as always.  Thank you.

Laura

**From:** Jennifer L. Gordon <jgordon@sgrvlaw.com>
**Sent:** Friday, December 9, 2022 10:08 AM
**To:** susan.packer@courts.phila.gov
**Cc:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>; Goldberger, M. Norman (Phila) <GoldbergerM@ballardspahr.com>; Summers, Shawn (Phila) <SummersS@ballardspahr.com>; Charlson, Michael <mcharlson@velaw.com>; Antonelli, Marisa <mantonelli@velaw.com>; George M. Vinci Jr. <gvinci@sgrvlaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>
**Subject:** Norcross, et al. v. Republic First Bancorp., et al.

⚠ **EXTERNAL**
Dear Susan,

Per your instructions I am emailing you a copy of our letter to Judge Djerassi.  Would you kindly make sure he receives it.  Thank you.



**Jennifer L. Gordon**
**Legal Assistant**
## Spector Gadon Rosen Vinci P.C.
T +1 215-241-8937
F +1 215-531-9111
E jgordon@sgrvlaw.com

Assistant to -
George Vinci
Jonathan Greystone
Kermit Rader
Randi Wolf

www.sgrvlaw.com    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.