# EXHIBIT L

| | |
|---|---|
| **From:** | Krabill, Laura E. (Phila) |
| **Sent:** | Tuesday, December 13, 2022 5:05 PM |
| **To:** | Charlson, Michael; George M. Vinci Jr.; Jennifer L. Gordon |
| **Cc:** | Goldberger, M. Norman (Phila); Summers, Shawn (Phila); Antonelli, Marisa; Neal R. Troum; Alan Epstein; King, Jr., Adrian R. (Phila) |
| **Subject:** | RE: Norcross, et al. v. Republic First Bancorp., et al. |

Michael:

I just want to point out again that the Court's order requires all parties and counsel to attend the hearing on Friday, so we cannot agree among ourselves to obviate that order. As I wrote before, all three of our clients are planning to attend the hearing. Two of them are traveling from Florida to do so. We do plan to call Mr. Duster (and Mr. Madonna) as witnesses on Friday. Please advise if you intend to call any of our clients as witnesses. We also intend to use the exhibits attached to the Complaint at the hearing and will have sufficient copies of those for the court and witnesses, so no need for you to make extra copies of those. We will likely have several other exhibits but have not settled on a full list of others yet -- the preliminary proxy the Company filed last Thursday and potentially others.

On the Complaint service issue, we agree that the response to the Complaint can be deferred. We can discuss the specifics of any response date after the hearing but think the proposal of at least 28 days out unless the Court orders otherwise is likely fine. Please let us know if there are other logistics you'd like to discuss.

Kind regards,

Laura

**From:** Charlson, Michael <mcharlson@velaw.com>
**Sent:** Monday, December 12, 2022 5:57 PM
**To:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>; George M. Vinci Jr. <gvinci@sgrvlaw.com>; Jennifer L. Gordon <jgordon@sgrvlaw.com>
**Cc:** Goldberger, M. Norman (Phila) <GoldbergerM@ballardspahr.com>; Summers, Shawn (Phila) <SummersS@ballardspahr.com>; Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>; King, Jr., Adrian R. (Phila) <KingA@ballardspahr.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

## ⚠ EXTERNAL

Laura –

I am still trying to figure out which of our directors will have difficulty getting to Philadelphia on Friday, and comparing that with who your client actually intends to examine. Thus far, both of the new directors, Ben Duster and Peter Bartholow, are from well out of town. So I know they are on the list of people who, if you are planning to call them, we would want to arrange for appearance by Zoom. We are awaiting word on several others.

It seems we ought to talk about what documents we intend to use at the hearing. I don't actually know about all of them on our side yet, but that should be coming together, obviously, in the next day or so.

I guess I should confirm issues with service because I don't know that we actually reached closure on the topic. When we spoke last week, we said we would formally accept service, subject to agreement that defendants need not answer or otherwise respond to the Complaint (as opposed to the PI motion). But we did not agree upon a date of service and I

1

presume that at some point either Plaintiffs are, or the Court is, going to want a response to the Complaint (unless the PI motion moots everything).  So I was thinking maybe we agree that service was effective as of Friday, no response currently due subject to the parties later agreeing on a response date not less than 28 days out (unless of course the Court orders otherwise).  What do you think?

These were the primary topics on my agenda, though I am no doubt forgetting something.

Michael

---

**From:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Sent:** Monday, December 12, 2022 10:07 AM
**To:** Charlson, Michael <mcharlson@velaw.com>; George M. Vinci Jr. <gvinci@sgrvlaw.com>; Jennifer L. Gordon <jgordon@sgrvlaw.com>
**Cc:** Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; Summers, Shawn <SummersS@ballardspahr.com>; Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>; King, Jr., Adrian R. <KingA@ballardspahr.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

[EXTERNAL]

Hi, Michael.  Thanks for the email.  We're happy to discuss logistics when convenient.  Please let us know.  Laura

**From:** Charlson, Michael <mcharlson@velaw.com>
**Sent:** Sunday, December 11, 2022 7:18 PM
**To:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>; George M. Vinci Jr. <gvinci@sgrvlaw.com>; Jennifer L. Gordon <jgordon@sgrvlaw.com>
**Cc:** Goldberger, M. Norman (Phila) <GoldbergerM@ballardspahr.com>; Summers, Shawn (Phila) <SummersS@ballardspahr.com>; Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>; King, Jr., Adrian R. (Phila) <KingA@ballardspahr.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

⚠ **EXTERNAL**

Laura –

Notices won't be necessary.  We have several directors who are not in Philadelphia.  We anticipate requesting that those individuals, to the extent you actually want to question them at the hearing, appear by Zoom.  We likely should chat about things – documents, who is really going to be called, etc. – but right now, we are rather busy, as I am sure you are pleased to hear.  That is especially true with George and Neal on trial in Delaware.  But we will find a time to talk.

Michael

**Michael L. Charlson**
**Partner**



E   mcharlson@velaw.com
W   +1.415.979.6910

555 Mission Street

Suite 2000
San Francisco, CA 94105
Vcard   |   Bio   |   velaw.com

---

**From:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Sent:** Friday, December 9, 2022 1:37 PM
**To:** George M. Vinci Jr. <gvinci@sgrvlaw.com>; Jennifer L. Gordon <jgordon@sgrvlaw.com>
**Cc:** Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; Summers, Shawn <SummersS@ballardspahr.com>; Charlson, Michael <mcharlson@velaw.com>; Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>; King, Jr., Adrian R. <KingA@ballardspahr.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

<mark>[EXTERNAL]</mark>

Hi, all.  I've taken Ms. Packer off the email but am using it to reply with the hopes that I don't miss anyone from your side.  At this point based on the Court's order, we are planning to bring all of the plaintiffs to Court next Friday as directed, so they will be available to testify if you intend to call any of them as witnesses.  Can you confirm that the directors will also all be attending as directed by the Court and available in case we decide to call one or more of them as witnesses?  Otherwise, we'll plan to send notices to attend by Monday.

Thanks for your attention to this.

Kind regard,
Laura

---

**From:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Sent:** Friday, December 9, 2022 3:15 PM
**To:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>; Jennifer L. Gordon <jgordon@sgrvlaw.com>; susan.packer@courts.phila.gov
**Cc:** Goldberger, M. Norman (Phila) <GoldbergerM@ballardspahr.com>; Summers, Shawn (Phila) <SummersS@ballardspahr.com>; Charlson, Michael <mcharlson@velaw.com>; Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

⚠ **EXTERNAL**

Good Afternoon Ms. Packer,

Is there anything else the Judge needs from the parties at this time?

**George M. Vinci Jr., Shareholder & Director**
**Spector Gadon Rosen Vinci P.C.**
**T** +1 215-241-8840
**F** +1 215-531-9128
**E** gvinci@sgrvlaw.com

---

**www.sgrvlaw.com**    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Sent:** Friday, December 9, 2022 10:11 AM
**To:** Jennifer L. Gordon <jgordon@sgrvlaw.com>; susan.packer@courts.phila.gov
**Cc:** Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; Summers, Shawn <SummersS@ballardspahr.com>; Charlson, Michael <mcharlson@velaw.com>; Antonelli, Marisa <mantonelli@velaw.com>; George M. Vinci Jr. <gvinci@sgrvlaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>
**Subject:** RE: Norcross, et al. v. Republic First Bancorp., et al.

{EXTERNAL EMAIL} This message originated outside of your organization.
Dear Ms. Packer,

Attached is the letter that Plaintiffs delivered to Judge Djerassi as well.  We appreciate your assistance as always.  Thank you.

Laura

**From:** Jennifer L. Gordon <jgordon@sgrvlaw.com>
**Sent:** Friday, December 9, 2022 10:08 AM
**To:** susan.packer@courts.phila.gov
**Cc:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>; Goldberger, M. Norman (Phila) <GoldbergerM@ballardspahr.com>; Summers, Shawn (Phila) <SummersS@ballardspahr.com>; Charlson, Michael <mcharlson@velaw.com>; Antonelli, Marisa <mantonelli@velaw.com>; George M. Vinci Jr. <gvinci@sgrvlaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>; Alan Epstein <aepstein@sgrvlaw.com>
**Subject:** Norcross, et al. v. Republic First Bancorp., et al.

⚠ **EXTERNAL**
Dear Susan,

Per your instructions I am emailing you a copy of our letter to Judge Djerassi.  Would you kindly make sure he receives it.  Thank you.



**Jennifer L. Gordon**
**Legal Assistant**

## Spector Gadon Rosen Vinci P.C.

**T** +1 215-241-8937
**F** +1 215-531-9111
**E** jgordon@sgrvlaw.com

Assistant to -
George Vinci
Jonathan Greystone
Kermit Rader
Randi Wolf

**www.sgrvlaw.com**   1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.