# EXHIBIT M

| | |
|---|---|
| **From:** | cp-efiling@courts.phila.gov |
| **Sent:** | Wednesday, December 14, 2022 9:12 AM |
| **To:** | Summers, Shawn (Phila) |
| **Subject:** | Notice of an E-Filing on Case #221102195 |

⚠ **EXTERNAL**



Dear Shawn F. Summers,

A legal paper has been filed electronically in connection with a Trial Division - Civil case in which you are counsel of record for a party, or you are an unrepresented party, and have consented to be served electronically with any pleading (other than original process) as provided in Pa.R.C.P. No. 205.4 and Philadelphia Civil *Rule No. 205.4.

Filed as noted below. The following information is provided for your records:

Caption:
NORCROSS ETAL VS REPUBLIC FIRST BANCORP, INC. ETAL
Case Number: 221102195

Date Reviewed and Accepted:
December 14, 2022 09:11 am EDT/DST

Date Presented to the Office of Judicial Records for Filing and Date Deemed Filed:
December 13, 2022 05:21 pm EDT/DST
Type of Pleading/Legal Paper:
NOT OF REMOVAL TO US DIST CT
E-File No.: 2212027765

To retrieve the legal paper filed and any related notice, order or legal paper, log in to the Electronic Filing Web Site at http://courts.phila.gov using the Court-issued User Name and Password. You may also go directly to the legal paper/document by copying and pasting the following web address(es) into your browser or by clicking the link(s) below to view the related document(s). Each link represents a separate document filed in connection with this matter. Utilizing the link(s) below will only take you to the actual document. You will not be logged into the court's electronic filing system.

Certificate of Service - Notice of Filing Notice of Removal to USDC EDPA - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=nErbsttU7xF_!I8bk

Time-Stamped Certificate of Service - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=mEscsssU8yF!zI9cj

Time-Stamped Exhibit B - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uQUk!I02aIfMFUBs

Time-Stamped Exhibit A - Part 6 - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uRVkzH03bIeLFVCr

Time-Stamped Exhibit A - Part 5 - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uSWkyG04cIdKFWDq

Time-Stamped Exhibit A - Part 4 - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uTXkxF05dIcJFXEp

Time-Stamped Exhibit A - Part 3 - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uUYkwE06eIbIFYFo

Time-Stamped Exhibit A - Part 2 - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uVZkvD07fIaHFZGn

Time-Stamped Exhibit A - Part 1 - Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uW0kuC08gI9GF0Hm

Time-Stamped Notice of Removal - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uX1ktB09hI8FF1Il

Notice of Filing Notice of Removal to USDC EDPA - Norcross.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=uY2ksA0aiI7EF2Jk

THANK YOU,

ERIC FEDER
DEPUTY COURT ADMINISTRATOR
DIRECTOR, OFFICE OF JUDICIAL RECORDS

D I S C L A I M E R
------------------------------------------------------------------
The First Judicial District will use your electronic mail address
and other personal information only for purposes of Electronic
Filing as authorized by Pa. R.C.P. 205.4 and Philadelphia Civil
*Rule 205.4.

Use of the Electronic Filing System constitutes an acknowledgment that the user has read the Electronic Filing Rules and Disclaimer and agrees to comply with same.

--------------------------------------------------------------------


This is an automated e-mail, please do not respond!



## Notice of Language Rights

Language Access Coordinator
Land Title Building, 2nd Floor, 100 South Broad Street, Philadelphia, PA, 19110
Elizabeth McCarrick: 215-683-8000; languageaccesscoordinator@courts.phila.gov

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.