# EXHIBIT N

**From:** Alan Epstein <aepstein@sgrvlaw.com>
**Sent:** Sunday, December 18, 2022 12:59 PM
**To:** Krabill, Laura E. (Phila)
**Cc:** George M. Vinci Jr.; Michael Lloyd Charlson (mcharlson@velaw.com)
**Subject:** FW: Norcross     v. Republic Bankcorp et al

⚠ **EXTERNAL**

**Laura,**

**As you are aware from my recent call with you, we will be serving as local counsel for Republic Bancorp in this matter. While I fully understand that no decision has been made by your clients regarding what actions they intend to take following the removal of the matter to the EDPa, I wanted to reiterate that I can be reached at any time on my cell phone (267.357.3977) while I am on trial before the District Court in Allentown. If you intend, as you suggested in our call, to file a motion to remand or refile your motion for a preliminary injunction in compliance with the strictures of Judge Schiller's protocols, please let me know so we can jointly call Judge Schiller's Courtroom Deputy to set up an appropriate scheduling conference with the Judge.  Please just remember that I will be on trial starting Monday, but I am sure that I can find time during the day to coordinate that call with you.**

**Finally, I was not able to corral either Michael Charlson or George Vinci to get a copy of the email in which an extension to Answer the Complaint was set.  Can you please send me a copy of that email. I am also not aware if the defendants have been served and would appreciate you letting me know that as well.**





**Alan Epstein, Esquire**

## Spector Gadon Rosen Vinci P.C.

**T** +1 215-241-8832
**F** +1 215-531-9103
**E** aepstein@sgrvlaw.com

**www.sgrvlaw.com**   1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.