# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV,<br><br>Defendants. | : : : : : : : : : : : : : : : : : : : | **CIVIL ACTION<br>NO. 22-cv-04953 (BMS)** |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross ("Plaintiffs") respectfully move this Court for an order enjoining Defendants Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV ("Defendants") as set forth in the attached Proposed Orders.

The bases for this motion are set forth in Plaintiffs' accompanying memorandum of law, Declaration of Laura E. Krabill, Esq., and attached exhibits, including the Motion for Preliminary Injunction, Memorandum of Law in Support thereof, Declaration of Philip A. Norcross in support thereof, and exhibits to the

Norcross Declaration, all of which were filed in the Court of Common Pleas for Philadelphia County before removal of the action to this Court and all of which are incorporated herein by reference.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached Proposed Order granting a preliminary injunction, and grant such other and further relief as the Court deems just and proper.

Dated: December 19, 2022                     Respectfully submitted,

*/s/ Laura E. Krabill*
**BALLARD SPAHR LLP**
M. Norman Goldberger
Adrian R. King, Jr.
Laura E. Krabill
Shawn F. Summers
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Direct: (215) 864.8622
kinga@ballardspahr.com
goldbergern@ballardspahr.com
krabilll@ballardspahr.com

*Attorneys for Plaintiffs George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross*

OF COUNSEL:

Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
212.558.4000
frawleyb@sullcrom.com