# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV,<br><br>Defendants. | **CIVIL ACTION**<br>**NO. 22-cv-04953 (BMS)** |

## [PROPOSED] INTERIM ORDER

**AND NOW**, this ___ day of _____, 20___, upon consideration of the Motion for Preliminary Injunction of Plaintiffs George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross ("Plaintiffs"), and in light of the pending Motion for Expedited Remand, and to provide time for consideration of this Court's jurisdiction and for either this Court or the state court to consider the merits of Plaintiffs' Preliminary Injunction Motion, it is hereby **ORDERED** that Defendants are enjoined from convening the Company's annual meeting of shareholders, currently scheduled for January 26, 2023, until at least sixty (60) days after either this Court or the Philadelphia Court of Common Pleas decides Plaintiffs' motion for preliminary injunction, or until further order of this Court.

BY THE COURT:

_____
Berle M. Schiller, J.