# EXHIBIT A

| | |
|---|---|
| **From:** | King, Jr., Adrian R. (Phila) |
| **Sent:** | Tuesday, November 22, 2022 4:58 PM |
| **To:** | Elbaum, Lawrence |
| **Cc:** | Cohen, H. Rodgin; Eitel, Mitchell S.; Frawley, Brian T.; Fishman, Jared M.; Lum-Tai, Natalie A.; Woods, Devlin H.; Goldberger, M. Norman (Phila); Krabill, Laura E. (Phila); Summers, Shawn (Phila); Wynne, Ryan; Charlson, Michael |
| **Subject:** | Norcross v. Republic First Bancorp, Inc., Phila. County Court of Common Pleas, Case ID#: 221102195 |
| **Attachments:** | 2022.11.22 Norcross Voting Rights Complaint (Stamped).zip |

**Lawrence:**

**Attached please find a courtesy copy of the Complaint filed this afternoon on behalf of our clients in the Philadelphia County Court of Common Pleas.**

**Please advise whether you are authorized by your clients to accept service on their behalf.**

**We prefer to avoid formal service.**

**Sincerely,**

**ARK**

**Adrian R. King, Jr.**
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct 215.864.8622
Fax 215.864.8999
Mobile 215.990.4787
kinga@ballardspahr.com
www.ballardspahr.com