# EXHIBIT F

| | |
|---|---|
| **From:** | Krabill, Laura E. (Phila) |
| **Sent:** | Wednesday, December 7, 2022 11:09 AM |
| **To:** | George M. Vinci Jr. |
| **Cc:** | Antonelli, Marisa; Neal R. Troum |
| **Subject:** | RE: |

Ok.  Please call my cell number.  Thanks, George, and safe travels.

---

**From:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Sent:** Wednesday, December 7, 2022 10:49 AM
**To:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>
**Cc:** Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>
**Subject:** Re:

⚠ **EXTERNAL**

My flight lands at 2:45. Going to take me about 30 minutes to get home from airport. I will call you as soon as I get home. Marisa are you or Michael available?

Get Outlook for Android



**George M. Vinci Jr., Shareholder & Director**
**Spector Gadon Rosen Vinci P.C.**
**T** +1 215-241-8840
**F** +1 215-531-9128
**E** gvinci@sgrvlaw.com

**www.sgrvlaw.com**   1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

---

**From:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Sent:** Wednesday, December 7, 2022 10:46:13 AM
**To:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Cc:** Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>
**Subject:** RE:

{EXTERNAL EMAIL} This message originated outside of your organization.

This afternoon is good.  Do you want to call me at 3:00 and then we'll call chambers?

**From:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Sent:** Wednesday, December 7, 2022 10:44 AM
**To:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>
**Cc:** Antonelli, Marisa <mantonelli@velaw.com>; Neal R. Troum <ntroum@sgrvlaw.com>
**Subject:** Re:

⚠ **EXTERNAL**

If this afternoon does not work I can do tomorrow.

Get Outlook for Android



**George M. Vinci Jr., Shareholder & Director**
**Spector Gadon Rosen Vinci P.C.**
**T** +1 215-241-8840
**F** +1 215-531-9128
**E** gvinci@sgrvlaw.com

**www.sgrvlaw.com**    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Sent:** Wednesday, December 7, 2022, 8:39 AM
**To:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Cc:** Antonelli, Marisa <mantonelli@velaw.com>
**Subject:** Re:

Traveling this morning. Should be back in Philadelphia by 3.


Get Outlook for Android



**George M. Vinci Jr., Shareholder & Director**
**Spector Gadon Rosen Vinci P.C.**
T +1 215-241-8840
F +1 215-531-9128
E gvinci@sgrvlaw.com

**www.sgrvlaw.com**  1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Krabill, Laura E. <KrabillL@ballardspahr.com>
**Sent:** Tuesday, December 6, 2022 5:55:16 PM
**To:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Subject:** RE:

{EXTERNAL EMAIL} This message originated outside of your organization.
Hi, George. I was tied up when I got your email. I know you said you were tied up tomorrow part of the day. I have calls tomorrow from 10-11 a.m. Should we try his chambers at 9?

**From:** George M. Vinci Jr. <gvinci@sgrvlaw.com>
**Sent:** Tuesday, December 6, 2022 4:20 PM
**To:** Krabill, Laura E. (Phila) <KrabillL@ballardspahr.com>
**Subject:**

⚠ **EXTERNAL**
Now that we know our judge let's talk about setting up a call.

Get Outlook for Android



**George M. Vinci Jr., Shareholder & Director**
**Spector Gadon Rosen Vinci P.C.**
T +1 215-241-8840
F +1 215-531-9128
E gvinci@sgrvlaw.com

**www.sgrvlaw.com**  1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.