# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV,<br><br>Defendants. | : : : : : : : : : : : : : : : : : : : : | **CIVIL ACTION<br>NO. 22-cv-04953 (BMS)** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I caused a true and correct copy of the foregoing Motion for Preliminary Injunction, Memorandum of Law in Support, Proposed Orders, Declaration of Laura E. Krabill, and all attached exhibits to be served upon all counsel of record via the Court's CM/ECF filing system.

>  */s/ Shawn F. Summers*
>  Shawn F. Summers, Esq.