IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORCROSS, III, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 22-4953 |
| | : | |
| REPUBLIC FIRST BANKCORP, INC, *et al.*,: | | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 20th day of December, 2022, it is hereby **ORDERED** that Defendants

**RESPOND** to Plaintiffs' Motion to Remand to State Court (Doc. No. 4) and Motion for

Preliminary Injunction (Doc. No. 5) **no later than** December 28, 2022 at 12:00 p.m.


**AND IT IS SO ORDERED.**


*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.