IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORCROSS, III,** *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 22-4953 |
| | : | |
| **REPUBLIC FIRST BANKCORP, INC,** *et al.*, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 28th day of December, 2022, it is hereby **ORDERED** that Plaintiffs **REPLY** to Defendants' Response in Opposition to Plaintiffs' Motion to Remand to State Court (Doc. No. 19) and Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 20) <u>**no later than**</u> January 4, 2023 at 12:00 p.m.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.