IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV,<br><br>Defendants. | CIVIL ACTION<br>NO. 22-cv-04953 (BMS) |

## DECLARATION OF ADRIAN R. KING, JR.

I, Adrian R. King, Jr., declare as follows:

1. I am a partner at Ballard Spahr LLP. I represent Plaintiffs George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross ("Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Motion for Expedited Remand and Motion for Preliminary Injunction, and from my own personal knowledge.

2. A true and correct copy of a December 16, 2022, letter from the Pennsylvania Department of Banking and Securities granting Plaintiffs approval to solicit proxies is attached hereto as Exhibit A.

3. A true and correct copy of the Defendants' December 22, 2022 current report on Form 8-K is attached hereto as Exhibit B.

4. A true and correct copy of a June 1, 2006 current report filed by Neenah Foundry Co. on Form 8-K is attached hereto as Exhibit C.

5. A true and correct copy of a July 8, 2022 newspaper article by Matt Fazelpoor in NJBIZ, titled *Hill Resigns as Republic First CEO; New Director Named*, is attached hereto as Exhibit D.

6. A true and correct copy of Defendants' December 27, 2022 amended preliminary proxy (PRER14A) is attached as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct, subject to the penalties of 28 U.S.C. § 1746 relating to unsworn falsifications to authorities.

Executed on January 3, 2022
Philadelphia, PA

Adrian R. King, Jr.