# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George E. Norcross, III, Gregory B. Braca, and Philip A. Norcross,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic First Bancorp, Inc., Harry Madonna, Andrew B. Cohen, Lisa Jacobs, Harris Wildstein, Peter B. Bartholow, and Benjamin C. Duster, IV,<br><br>Defendants. | **CIVIL ACTION**<br>**NO. 22-cv-04953 (PD)** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I caused a true and correct copy of the foregoing Reply Brief in Further Support of Plaintiffs' Motion for Expedited Remand, Declaration of Adrian R. King, Jr. and accompanying exhibits to be served upon all counsel of record via the Court's CM/ECF filing system.

/s/ Shawn F. Summers
Shawn F. Summers, Esq.